# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID L. REED,

    Plaintiff(s),

v.

BEAN, et al.,

    Defendant(s).

Case No.: 2:19-cv-00103-RFB-NJK

**ORDER**

[Docket Nos. 17, 18]

Pending before the Court is Plaintiff's motion requesting a copy of the complaint. Docket No. 18. The motion is properly resolved without a hearing. *See* Local Rule 78-1.

On July 1, 2020, United States District Judge Richard F. Boulware issued an order instructing the Clerk's Office to send Plaintiff a courtesy copy of the complaint. Docket No. 7 at 7. Plaintiff submits that he only received the first page of the complaint. Docket No. 18 at 1. In an abundance of caution, the Court will grant Plaintiff's motion and instruct the Clerk's Office to send Plaintiff a copy of the complaint.

Accordingly, Plaintiff's motion requesting a copy of the complaint is hereby **GRANTED**. Docket No. 18. The Clerk's Office is **INSTRUCTED** to send Plaintiff a courtesy copy of the complaint. Docket No. 1-1. Plaintiff's motion at Docket No. 17, which is a copy of the instant motion, is **DENIED** as moot.

IT IS SO ORDERED.

Dated: November 20, 2020

                                      Nancy J. Koppe
                                      United States Magistrate Judge

1