# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID L. REED,<br>    Plaintiff,<br>v.<br>BEAN, et al.,<br>    Defendants. | Case No.: 2:19-cv-00103-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 35] |

Pending before the Court is Plaintiff's notice advising the Court and Defendants that he did not receive legal correspondence between December 24, 2020 and January 13, 2021. Docket No. 35. The Court construes Plaintiff's notice as a motion requesting copies of legal documents filed in this case between December 24, 2020 and January 13, 2021. *See Estelle v. Gamble*, 429 U.S. 97, 106 (1976). The motion is properly resolved without a hearing. *See* LR 78-1.

The docket reflects that Plaintiff did not receive three legal documents between December 24, 2020 and January 13, 2021. *See* Docket. Specifically, the docket reflects that Plaintiff did not receive copies of the Court's order granting his motion for leave to file an amended complaint, his amended complaint, and Defendants' acceptance of service. *See id.* Out of an abundance of caution, the Court will grant Plaintiff's motion.

Accordingly, Plaintiff's motion requesting copies of legal documents is hereby **GRANTED**. Docket No. 35. The Clerk's Office is **INSTRUCTED** to send Plaintiff courtesy copies of the Court's order granting his motion for leave to file an amended complaint at Docket No. 24, his amended complaint at Docket No. 25, and Defendants' acceptance of service at Docket No. 27 to the address listed in Plaintiff's motion.

IT IS SO ORDERED.

Dated: January 29, 2021

                                                                                        _____
                                                                                        Nancy J. Koppe
                                                                                        United States Magistrate Judge

1