# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID L. REED,

    Plaintiff(s),

v.

BEAN, et al.,

    Defendant(s).

Case No. 2:19-cv-00103-RFB-NJK

**ORDER**

[Docket No. 60]

    Pending before the Court is Plaintiff's motion for copies of Docket Nos. 24, 25, and 55. Docket No. 60. The Court has received a number of similar requests in this case, including for some of the same documents. *See, e.g.*, Docket No. 36. Plaintiff is ultimately responsible for maintaining his litigation documents and the Court may require a more fulsome showing moving forward. With those caveats in mind, the Court will **GRANT** the instant motion as a courtesy. The Clerk's Office is **INSTRUCTED** to send Plaintiff copies of Docket Nos. 24, 25, and 55.

    IT IS SO ORDERED.

    Dated: May 13, 2024

                                                  Nancy J. Koppe
                                                 United States Magistrate Judge